888

No. 385. PEOPLE'S CHURCH OF SAN FERNANDO VALLEY, INC., v. COUNTY OF LOS ANGELES ET AL. Certiorari, 355 U. S. 854, to the Supreme Court of California. The motion to print record at public expense and to dispense with payment of Clerk's fees is granted. The motion to substitute Valley Unitarian-Universalist Church, Inc., as the party petitioner in the place and stead of People's Church of San Fernando Valley, Inc., is granted. THE CHIEF JUSTICE took no part in the consideration or decision of these motions. A. L. Wirin and Fred Okrand were on the motions for petitioner.

No. 164, Misc. POWELL v. BURFORD, WARDEN. Motion for leave to file petition for writ of habeas corpus denied. Petitioner pro se. John Patterson, Attorney General of Alabama, and Edmon L. Rinehart, Assistant Attorney General, for respondent.

No. 284, Misc. COLLINS v. NEW YORK ET AL.; and
No. 301, Misc. ANDERSON v. CALIFORNIA ET AL. Motions for leave to file petitions for writs of habeas corpus denied.